# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:14-cr-00052-JAD-VCF |
| vs. | **ORDER** |
| JOSHUA DANIEL SMITH, | |
| Defendant. | |

Before the court is Defendant's Motion for Reconsideration of Court's Order Denying Mr. Smith's Motion to Compel United States Marshal to Transport Detainee to An Optometrist and Provide Detainee with Prescription Eyeglasses (#64).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Defendant's Motion for Reconsideration of Court's Order Denying Mr. Smith's Motion to Compel United States Marshal to Transport Detainee to An Optometrist and Provide Detainee with Prescription Eyeglasses (#64) is scheduled for 10:30 a.m., March 16, 2016, in courtroom 3D.

The U.S. Marshal is directed to transport defendant to and from the hearing.

DATED this 14th day of March, 2016.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE